| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Linn, Richard | 2. Court or Organization U.S. Court of Appeals, Fed Cir | 3. Date of Report 5/11/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5. Report Type (check appropriate type) ◯ Nomination, Date ◯ Initial ● Annual ◯ Final | 6. Reporting Period 1/1/03 to 12/31/03 |
| 7. Chambers or Office Address U.S. Court of Appeals 717 Madison Place, N.W. Washington, DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Intellectual Property Advisory Board, George Washington University Law School |
| 2. | Vice president | The Giles S. Rich Intellectual Property American Inn of Court |
| 3. | Judicial Advisor | Intellectual Property Law Society, Washington College of Law, American University |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 05/02/00 | Marks & Murase Settlement Agreement and Release (for practice of law prior to 04/30/1997, with terms of capital reserves) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Linn, Richard | 5/11/04 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Benjamin Franklin American Inn of Court | January 21 - Philadelphia, PA - Inn of Court Meeting (Transportation and Meals) |
| 2. | New York Intellectual Property Law Association | March 28-30 - NY, NY - 81st Annual Judges Dinner (Transportation, Meals, and Hotel) |
| 3. | Federal Circuit Bar Association | May 21-24 - Amelia Island, FL - Annual Meeting (Transportation, Meals, and Hotel) |
| 4. | Barristers of Patent Law | June 12-13 - Chicago, IL - Bar Association Meeting (Transportation, Meals, and Hotel) |
| 5. | International Law Institute | September 4-10 - Tokyo, Japan - IP Law Seminar (Transportation, Meals, and Hotel) |
| 6. | Houston Intellectual Property Law Association | October 17-18 - Houston, TX - Bar Association Meeting (Transportation, Meals, and Hotel) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Linn, Richard | 5/11/04 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 7. Philadelphia Intellectual Property Law Association | November 7-8 - Philadelphia, PA - Bar Assoc. Meeting (Transportation, Meals, and Hotel) |
| 8. Benjamin Franklin American Inn of Court | November 19 - Philadelphia, PA - Inn of Court Meeting (Transportation and Meals) |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Linn, Richard | 5/11/04 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION — | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 5/11/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Capital reserves held by Marks & Murase, L.L.P | | None | K | U | | | | | |
| 2. Brokerage Account #1 | | | | | | | | | |
| 3. - Washington Mutual Investors Fund Class A | A | Distribution | | | Transferred | 8/6 | K | D | |
| 4. - Citibank Bank Deposit Program | A | Interest | | | Sell | 8/6 | L | A | |
| 5. - Alliance Technology Fund Class A | | None | | | Sell | 7/23 | J | | |
| 6. - ASAF Gabelli Small-Cap Value Fund Class A | | None | | | Sell | 7/28 | J | | |
| 7. - Calamos Growth Fund Class A | | None | | | Sell | 7/23 | J | A | |
| 8. - Cohen & Steers Equity Income Fund Class A | A | Distribution | | | Sell | 7/23 | J | | |
| 9. - Eaton Vance Worldwide Health Sciences Fund Class A | | None | | | Sell | 7/23 | J | A | |
| 10. - Europacific Growth Fund Class A | | None | | | Sell | 7/23 | J | | |
| 11. - Evergreen Precious Metal Fund Class A | | None | | | Sell | 7/23 | J | A | |
| 12. - Franklin Growth Fund Class A | | None | | | Sell | 7/23 | J | | |
| 13. - Franklin Capital Growth Fund Class A | | None | | | Sell | 7/23 | J | | |
| 14. - Lord Abbett Mid-Cap Value Fund Class A | A | Distribution | | | Sell | 7/23 | J | | |
| 15. - Olstein Financial Alert Fund Class C | | None | | | Sell | 7/23 | J | | |
| 16. - Seligman Communications and Information Fund Class A | | None | | | Sell | 7/23 | J | A | |
| 17. - SSR Mid-Cap Value Fund Class A | | None | | | Sell | 7/23 | J | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | | |
| | U = Book Value | V = Other | W = Estimated | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 5/11/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (i) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Templeton Foreign Fund Class A | | None | | | Sell | 7/23 | J | | |
| 19. Brokerage Account #2 | | | | | | | | | |
| 20. - Citibank Bank Deposit Program | A | Interest | | | Sell | 7/28 | J | A | |
| 21. Brokerage Account #3 | | | | | | | | | |
| 22. - Salomon Bros High Income Fund II Inc. | B | Dividend | | | Sell | 7/23 | K | | |
| 23. - Abbey National PLC Preferred Stock | A | Dividend | | | Transferred | 8/6 | J | A | |
| 24. - Franklin Growth Fund Class A | | None | | | Sell | 7/23 | K | D | |
| 25. - Franklin Cap Growth Fd Cl A (formerly Growth & Inc Fd) | | None | | | Sell | 7/23 | K | C | |
| 26. - Franklin Equity Income Fund Class A | A | Distribution | | | Sell | 7/23 | K | A | |
| 27. - Gabelli Equity Ser Funds Inc. Small Cap Growth Fund | | None | | | Sell | 7/23 | K | | |
| 28. - Templeton Funds Inc-Foreign Fund Class A | | None | | | Transferred | 8/6 | K | B | |
| 29. - Washington Mutual Inv Fund Class A | A | Distribution | | | Transferred | 8/6 | K | D | |
| 30. - Inter-American Development Bank Zero Cpn Bonds | | None | | | Transferred | 8/6 | L | D | |
| 31. - Citibank Bank Deposit Program | A | Interest | | | Sell | 8/6 | N | A | |
| 32. - JP Morgan Chase Cap X Preferred Stock | A | Interest | | | Transferred | 8/6 | J | A | |
| 33. - Alliance Technology Fund Class A | | None | | | Sell | 7/23 | K | | |
| 34. - Calamos Growth Fund Class A | | None | | | Sell | 7/23 | K | A | |
| 35. - Cohen & Steers Equity Income Fund Class A | A | Distribution | | | Sell | 7/23 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | P4 = More than $50,000,000 | | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 5/11/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. - Eaton Vance Worldwide Health Sciences Fund Class A | | None | | | Transferred | 8/6 | K | B | |
| 37. - Europacific Growth Fund Class A | | None | | | Sell | 7/23 | K | | |
| 38. - Evergreen Precious Metals Fund Class A | | None | | | Sell | 7/23 | K | A | |
| 39. - Lord Abbett Mid-Cap Value Fund class A | A | Distribution | | | Sell | 7/23 | K | | |
| 40. - Olstein Financial Alert Fund Class C | | None | | | Sell | 7/23 | K | | |
| 41. - Seligman Communications and Info Fund Class A | | None | | | Sell | 7/23 | K | A | |
| 42. - SSR Mid-Cap Value Fund Class A | | None | | | Transferred | 8/6 | K | | |
| 43. - ASAF Gabelli Small-Cap Value Fund Class A | | None | | | Sell | 7/23 | K | | |
| 44. Cash Equivalent Account # 1 | A | Interest | J | T | Buy | 7/25 | J | | |
| 45. Cash Equivalent Account # 2 | A | Interest | L | T | Buy | 9/16 | L | | |
| 46. Cash Equivalent Account # 3 (X) | A | Interest | J | T | | | | | |
| 47. Brokerage Account # 4 | | | | | | | | | |
| 48. - Eaton Vance World Wide Health Services Fund Class A | | None | K | T | Transferred | 8/6 | K | | |
| 49. - Fidelity Advisor Mid Cap Stock Fund Class A | | None | L | T | Buy | 8/14 | L | | |
| 50. | | | | | Buy | 9/11 | J | | |
| 51. - Growth Fund of America Class F | A | Dividend | M | T | Buy | 8/14 | M | | |
| 52. - Pimco Total Return Fund Class A | C | Dividend | M | T | Buy | 8/14 | M | | |
| 53. - State Street Mid Cap Value Fund Class A | A | Dividend | K | T | Transferred | 8/6 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 5/11/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. - Templeton Foreign Fund Class A | B | Dividend | M | T | Transferred | 8/6 | K | | |
| 55. | | | | | Buy | 8/14 | L | | |
| 56. - Washington Mutual Investors Fund Class A | A | Dividend | K | T | Transferred | 8/6 | K | | |
| 57. Brokerage Account # 5 | | | | | | | | | |
| 58. -Interamerican Development Bank Zero Coupon Bonds | | None | L | T | Transferred | 8/13 | L | | |
| 59. - Abbey National PLC Preferred Stock | | None | J | T | Transferred | 8/13 | J | | |
| 60. - JP Morgan Chase Cap X Preferred Stock | | None | J | T | Transferred | 8/13 | J | | |
| 61. Brokerage Account # 6 | | | | | | | | | |
| 62. - Pimco High Yield Fund Class a | A | Dividend | K | T | Buy | 8/14 | K | | |
| 63. - State Street Research Aurora Fund Class A | A | Dividend | K | T | Buy | 8/14 | K | | |
| 64. - State Street Research Emerging Fund Class A | | None | K | T | Buy | 8/14 | K | | |
| 65. - Washington Mutual Investors Fund Class A | A | Dividend | K | T | Transferred | 8/6 | K | | |
| 66. Brokerage Account # 7 | | | | | | | | | |
| 67. - AMCAP Fund Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |
| 68. - EuroPacific Growth Fund Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |
| 69. - Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |
| 70. Brokerage Account # 8 | | | | | | | | | |
| 71. - Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 5/11/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. – Cash Management Trust of America Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |
| 73. Brokerage Account # 9 | | | | | | | | | |
| 74. – AMCAP Fund Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |
| 75. – EuroPacific Growth Fund Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |
| 76. – Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |
| 77. – Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |
| 78. Brokerage Account # 10 | | | | | | | | | |
| 79. – AMCAP Fund Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |
| 80. – EuroPacific Growth Fund Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |
| 81. – Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |
| 82. – Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |
| 83. Brokerage Account # 11 | | | | | | | | | |
| 84. – AMCAP Fund Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |
| 85. – EuroPacific Growth Fund Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |
| 86. – Washington Mutual Investors Fund Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |
| 87. Brokerage Account # 12 | | | | | | | | | |
| 88. – Intermediate Bond Fund of America Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |
| 89. – Cash Management Trust of America Class 529A | A | Dividend | J | T | Buy | 5/20 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Linn, Richard | 5/11/04 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

In Part VII, the following assets were transferred between accounts, as noted:

1. From Brokerage Account #1, page 1, line 3, to Brokerage Account #6, page 4, line 65.
2. From Brokerage Account #3, page 2, line 23, to Brokerage Account #5, page 4, line 59.
3. From Brokerage Account #3, page 2, line 28, to Brokerage Account #4, page 4, line 54.
4. From Brokerage Account #3, page 2, line 29, to Brokerage Account #4, page 4, line 56.
5. From Brokerage Account #3, page 2, line 30, to Brokerage Account #5, page 4, line 58.
6. From Brokerage Account #3, page 2, line 32, to Brokerage Account #5, page 4, line 60.
7. From Brokerage Account #3, page 3, line 36, to Brokerage Account #4, page 3, line 48.
8. From Brokerage Account #3, page 3, line 42, to Brokerage Account #4, page 3, line 53.

The asset reported in Part VII, at page 3, line 46, was previously exempt from disclosure but is now reportable.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date __May 11, 2004__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544